**[PROPOSED] ORDER**

In order to preserve this Court's jurisdiction, and pursuant to the All-Writs Act, 28 U.S.C. § 1651, it is ordered that the Petitioner, Enayetullah Walizada, not be removed from the United States or moved out of the territory of the District of Vermont pending further order of this Court.

_____
U.S. District Judge