U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2025 SEP 17 AM 10:51
CLERK
BY [signature] DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

ENAYETULLAH WALIZADA,

Petitioner,

v.

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PATRICIA HYDE, IN HER OFFICIAL CAPACITY AS ACTING BOSTON FIELD OFFICE DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS; DAVID W. JOHNSTON IN HIS OFFICIAL CAPACITY AS VERMONT SUB-OFFICE DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS; TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PETE R. FLORES, IN HIS OFFICIAL CAPACITY AS ACTING COMMISSIONER FOR U.S. CUSTOMS AND BORDER PROTECTIONS; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE; AND PAMELA BONDI, IN HER OFFICIAL CAPACITY AS U.S. ATTORNEY GENERAL; GREG HALE, SUPERINTENDENT, NORTHWEST STATE CORRECTIONAL FACILITY – SAINT ALBANS,

Respondents.

Case No. 2:25-cv-00768

## ORDER TO SHOW CAUSE

On September 16, 2025, Petitioner Enayetullah Walizada filed a petition for writ of habeas corpus and complaint for declaratory and injunctive relief with respect to his present detention at Northwest State Correctional Facility in St. Albans, Vermont, following a stop of his vehicle on September 5, 2025. Petitioner contends that on September 5, 2025, in the course of his employment as a long-haul truck driving and

while "transporting a load of food products from Vermont to California[,]" he "inadvertently approached a United States – Canada border crossing" in Vermont, and while "navigating the route using Google Maps, Petitioner unintentionally made a wrong turn, which resulted in an inadvertent exit from the United States." (Doc. 1 at 2, ¶ 3.) Petitioner alleges that "[u]pon his immediate attempt to re-enter the United States, he was detained by U.S. Customs and Border Protection [("CBP")] and held at the Port of Entry." *Id.* at ¶ 4. Six days later, Petitioner was transferred to the Northwest State Correctional Facility.

Petitioner asserts that he is a citizen of Afghanistan. In his petition, he states that, "[p]ursuant to the military evacuation initiative known as Operation Allies Welcome, Petitioner was transported to the United States. He was admitted into the country on August 29, 2021, under the Humanitarian Parole classification designated as 'OAR' (Operation Allies Refuge)." *Id.* at 2, ¶ 2. Petitioner has a pending asylum case which he filed on November 14, 2022. According to the Executive Office for Immigration Review (the "EOIR"), Petitioner "allegedly has a master calendar hearing scheduled in the future but was never served with a charging document and is unaware of the charges against him." *Id.* at 6, ¶ 26. Petitioner asserts that Respondents "have failed to articulate a clear or legally sufficient basis for his detention." *Id.* at 2, ¶ 5.

Pursuant to 28 U.S.C. § 2243, a court "entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." Respondents are hereby ORDERED TO SHOW CAUSE on or before September 24, 2025, why a writ of habeas corpus should not be granted. Petitioner may file a reply on or before September 30, 2025. The court may schedule a hearing promptly thereafter depending upon the parties' briefing.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 17th day of September, 2025.

/s/ *Christina Reiss*

______________________________

Christina Reiss, Chief Judge
United States District Court